*Ambrose L. Jordan* v. *John B. Macy.* M. T. REYNOLDS, for complainant; W. C. NOYES, for defendant Order declaring defendant has been guilty of a contempt in violating the injunction, and a fine of $706 imposed upon him to indemnify the complainant for his loss sustained by such contempt. and to satisfy his costs and expenses. Defendant to pay the amount of such fine immediately, and to be committed until the same is paid; with liberty to complainant to prosecute the bond unless the defendant surrenders himself to the custody of the sheriff of the county of Albany within twenty-four hours after the delivery of the precept to such sheriff.

*Danforth Armour* v. *Jonathan Alexander.* T. JENKINS, for appellant; H. DENIO, for respondent. Decree appealed from affirmed, with costs.

*Abraham Lain* v. *Isaac Lain et al.* JAMES TAYLOR, for complainant; D. B. PROSSER, for respondents. Cross appeal dismissed, with $15 costs to be paid by complainant.